FILED IN CHAMBERS
U.S.D.C. Gainesville
AUG 16 2011
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INFORMATION |
| v. | |
| BOBBY HARRISON | NO. 2:11-CR-033 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Beginning in or about August 2005, and continuing to in or about June 2008, in the Northern District of Georgia and elsewhere, the defendant, BOBBY HARRISON, while an officer of the American Postal Workers Union, Local 979, a labor organization engaged in an industry affecting commerce and subject to the Labor-Management Reporting and Disclosure Act of 1959, Title 29, United States Code, Sections 401 to 531, did willfully and unlawfully embezzle and steal money, funds and property and convert to his own use the monies of said labor organization, in violation of Title 29, United States Code, Section 501(c).

### Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, defendant BOBBY HARRISON shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting or derived from proceeds obtained directly or

indirectly as a result of the said violations, including but not limited to the following:

    a. Money Judgment

    A sum of money representing the amount of proceeds obtained as a result of the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

SHANYA J. DINGLE
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6201
Georgia Bar No. 159277